And I welcome you tonight. I'm glad to be here. Tonight we are at the University Hawaii of Minnesota, and I'm joined by Vice President of the University of Minnesota, Dr. David C. H. G H. J Z. J. H. H. V. H. W. V.    G. G. H. H. H. H. N. H. G W. H. H. T. T. T.
judges: Wardlaw, Paez, Bea